AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

SAUL CASTELLON-CARRILLO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr170-JM

I, <u>SAUL CASTELLON-CARRILLO</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/22/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_Saul-Castellon-Carrillo_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER